STATE OF MAINE                                  SUPERIOR COURT
SAGADAHOC, ss.                                  CIVIL ACTION
                                                DOCKET NO.       RE-09-07
                                                AMH - SAG - 11/4/2011

DIANE L. GRUBE                        )
                                      )
and                                   )
                                      )
DUANE W. CHAMPEON,                    )          **JUDGMENT**
                                      )
        Plaintiffs                    )
    v.                                )
                                      )
MARY C. MORSE, ET AL,

        Defendant


This action came before the Court for trial on July 25th and 26th of 2011. Notice of the

pendency of this action was duly and seasonably given according to law. Plaintiffs and

Defendant were both represented by counsel. Prior to the conclusion of trial, the parties reached

a settlement agreement, the terms of which are attached hereto. Consistent with that agreement

between the parties, it is hereby ORDERED as follows:


1. Plaintiffs Diane Grube and Duane Champeon shall pay to Defendant Mary Morse the

sum of $55,000.00 for her interest in certain property located at 28 High Street, Bath,

Maine. Such sum is to be paid at the closing of the real estate transaction, which shall occur

within 20 days. Except as otherwise specified in this Judgment, any closing costs shall be

borne by the party incurring such costs.

2. This real estate transaction is not contingent on the parties qualifying for or receiving

financing for the property located at 28 High Street. Any costs associated with financing are

1

to be borne by the Plaintiffs, with the exception of surveying costs. Defendant is to comply with all reasonable requirements by Plaintiff Duane Champeon's bank to effectuate financing.

3. Defendant shall be responsible for paying any back property taxes owed on the property at 28 High Street. Defendant shall also be responsible for paying prorated property taxes for 2011 including those taxes incurred during the thirty day period subsequent to the closing.

4. The property located at 28 High Street is to be surveyed. The purpose of the survey is to create a conforming lot that resembles the lot outlined in yellow on Exhibit 71 and to provide Defendant with a forty (40) foot right of way for ingress, egress, and utilities, starting at the southern boundary line, which is the boundary line that is being adjusted. The cost of the survey will be split—Plaintiffs will pay 50% and Defendant will pay 50%. Defendant's portion of the surveying costs are to be paid from the proceeds of the $55,000.00 she will receive at closing.

5. Plaintiffs will be entitled to view the property located at 28 High Street on July 28, 2011.

6. With the exception of the viewing on July 28, 2011, Defendant shall have sole and exclusive right to possess the property located at 28 High Street until 30 days after the closing of such property. Defendant shall be entitled to take her personal property from the residence, including personal property she inherited. Defendant shall be responsible for leaving the residence broom clean.

7. The Court reserves the right to resolve any disputes regarding the terms of this agreement including the authority to order specific performance.

2

DATED: Nov. 4, 2011

_____

Justice, Maine Superior Court
Honorable Andrew M Horton, presiding

3

## — Terms —

$55,000

Back property taxes and prorated 2011 property taxes [from the purchase price]

But FDW, [ingress], egress and utilities [staying] at the southern [border] — [which] at closing

[Payment within] 90 days

[Program ...] yellow on Exhibit II (mounted board)

[Known ...]

Survey [...] split
[50/50]; [Marita] portion to be paid from proceeds at [closing],

[...] 7/[00]/1 [...] but not [take]

Sale [...] within 30 days after closing

Except as otherwise [specified], closing cost shall be born by the respective [including]

[...] requirements to

STATE OF MAINE  
SAGADAHOC, ss.

SUPERIOR COURT  
CIVIL ACTION  
DOCKET NO.     RE-09-07

DIANE L. GRUBE               )

and                               )

DUANE W. CHAMPEON,     )

Plaintiffs          )

v.                      )

MARY C. MORSE, ET AL,

Defendant

**ORDER ON JOINT MOTION TO  
AMEND JUDGMENT**

The parties Joint Motion to Amend Judgment is GRANTED and the Amended Judgment,

paragraph one shall provide as follows:

Plaintiffs Diane Grube and Duane Champeon shall pay to Defendant Mary Morse  
the sum of $55,000.00 for her interest in certain property located at 28 High  
Street, Bath, Maine.  Such sum is to be paid at the closing of the real estate  
transaction, which shall occur within 120 days.  Except as otherwise specified in  
this Judgment, any closing costs shall be borne by the party incurring such costs.

DATED: 11-4-11

Justice, Maine Superior Court  
Honorable Andrew M Horton, presiding